**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                              NO.   4:97CR00004-002 SWW

MICHAEL BUTLER

**ORDER**

The above entitled cause came on for a hearing on petitions to revoke the supervised released granted this defendant in the United States District Court for the Eastern District of Arkansas.  Upon the basis of defendant's admissions, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED  that the government's motion and supplemental motion are granted, and the supervised release previously granted this defendant, be, and it hereby is, revoked.

IT IS FURTHER ORDERED that defendant is committed to the custody of the Bureau of Prisons to serve a term of imprisonment of EIGHTEEN (18) MONTHS.  The Court recommends that defendant participate in any drug programs available to him while incarcerated.

There will be no supervised release following defendant's term of imprisonment.

The defendant is remanded to the custody of the United States Marshal to immediately begin service of the sentence imposed on this revocation of supervised release.

IT IS SO ORDERED this 13th day of December, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE